UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-02035-TPB-AAS

HOWARD COHAN,

     Plaintiff,

vs.

MARRIOTT HOTEL SERVICES, INC.
a Foreign Profit Corporation
d/b/a JW MARRIOTT TAMPA WATER STREET

     Defendant(s).

_____/

## <u>NOTICE OF SETTLEMENT</u>

The Plaintiff, HOWARD COHAN and the Defendant, MARRIOTT HOTEL SERVICES INC, a Foreign Profit Corporation, d/b/a JW MARRIOTT TAMPA WATER STREET, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

     RESPECTFULLY SUBMITTED November 29, 2022.

**By: /s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
SAMANTHA L. SIMPSON, ESQUIRE
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207

**By: /s/ Pamela A. Chamberlin**
PAMELA A. CHAMBERLIN
Florida Bar No. 444006
MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.
301 Arthur Godfrey Road, Penthouse
Miami Beach FL 33140
Tel: (305) 358-0050
Fax: (305) 358-0550

Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Primary Email:
greg@sconzolawoffice.com
Primary Email:
samantha@sconzolawoffice.com
Secondary Email:
alexa@sconzolawoffice.com
Attorneys for Plaintiff

pchamberlin@mitrani.com
cayala@mitrani.com
miamidocketing@mitrani.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2022, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that

the foregoing document is being served this day on counsel of record in this action

via transmission of Notices of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　**/s/ Gregory S. Sconzo**
　　　　　　　　　　　　　　**Gregory S. Sconzo, Esq.**

2